LORRAINE CHOUINARD MASCH, Respondent, v. DAVID MASCH, Appellant.— Order unanimously modified (1) by striking out the provisions for the payment of fifteen dollars alimony per week; and (2) by directing that the case be placed upon the ready day calendar for trial for June 19, 1941, and counsel fee of $125 be paid, one-half on the service of order and the balance the day the case is reached for trial; and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

### (June 13, 1941.)

ANNE BROOKER, Appellant, v. CHARLES C. SMALL and Others, Defendants, Impleaded with HERMAN JAEGER and AMERICAN ICE COMPANY, Respondents.— Orders unanimously modified by permitting examination as to items 1 to 5, inclusive, of the notice of examination, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of JOSEPH A. ISNARDI, Respondent, v. ANDREW SAVINO, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley and Untermyer, JJ., dissent and vote to reverse and dismiss the information.

ROSE MEYER, Respondent, v. SAMUEL WEINBERG and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

GEORGE MELOICK, JR., an Infant, by GEORGE MELOICK, His Guardian ad Litem, and GEORGE MELOICK, Respondents, v. ISIDOR FRANK, Individually and Doing Business under the Trade Name and Style of WASHINGTON BEEF Co., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

LAWRENCE J. McDERMOTT, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN POLLACK and OSCAR SAKALOW, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

SELMA EPSTEIN and MORRIS EPSTEIN, Appellants, v. THOMAS E. MURRAY, JR., as Receiver of the INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

2 WEST FIFTEENTH STREET CORPORATION, Appellant, v. SPINGLER-VAN BEUREN ESTATES, INC, Respondent, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MARIE GUERIN, Respondent, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.